UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN BROWN, | : | NO. 1:13-CV-00267 |
| Plaintiff, | : | |
| vs. | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 24), to which there were no objections. The Magistrate Judge thoroughly reviewed Plaintiff's two assignments of error, and concluded the ALJ's finding of non-disability was supported by substantial evidence (Id.).

Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report

and Recommendation in all respects (doc. 24), AFFIRMS the decision of the Commissioner denying Plaintiff disability insurance benefits, and CLOSES this matter on the docket.

SO ORDERED.


DATED: May 13, 2014       s/S. Arthur Spiegel
                          S. Arthur Spiegel
                          United States Senior District Judge